TH:MJF
F. #2006R01487

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LEE JAUDON,
   also known as "Poppy" and
ANDRE WILKE,
   also known as "Dre,"

               Defendants.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C.,
§§ 922(g)(1), 922(k),
924(a)(1)(B), 924(a)(2),
2 and 3551 et seq.)

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 26, 2006, within the Eastern District of New York, the defendant LEE JAUDON, also known as "Poppy," having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Ruger 9 millimeter semi-automatic pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

### COUNT TWO

On or about July 26, 2006, within the Eastern District of New York, the defendants LEE JAUDON, also known as "Poppy," and ANDRE WILKE, also known as "Dre," did knowingly and intentionally possess a firearm, to wit: a Ruger 9 millimeter semi-automatic pistol, which firearm had the manufacturer's

serial number removed, obliterated and altered and which had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(k), 924(a)(1)(B), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States V. LEE JAUDON, aka "Poppy,"</u>

2. Related Magistrate Docket Number(s) 06-310 M

   None ( )

3. Arrest Date: 7/25/06

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: _____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?        ( ) Yes  (X) No

9. Have arrest warrants been ordered?               ( ) Yes  (X) No

10. Is a capital count included in the indictment?   ( ) Yes  (X) No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 25 2006 ★
BROOKLYN OFFICE

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
MORRIS FODEMAN
Assistant U.S. Attorney
(718) 254-6614

Rev. 10/01/03

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 25 2006 ★
BROOKLYN OFFICE

1. Title of Case: <u>United States V. ANDRE WILKE, aka "Dre,"</u>

2. Related Magistrate Docket Number(s) ~~06-310M~~ 06-810M

   None ( )

3. Arrest Date: 7/28/06

4. Nature of offense(s):  ☑ Felony
   ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?    ( ) Yes   (X) No

9. Have arrest warrants been ordered?    ( ) Yes   (X) No

10. Is a capital count included in the indictment?    ( ) Yes   (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
MORRIS FODEMAN
Assistant U.S. Attorney
(718) 254-6614

Rev. 10/01/03